```
F92JBURC                        Conference

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                              15 Cr. 73 RMB

EVGENY BURYAKOV, et al.,

                Defendants.

------------------------------x

                                         September 2, 2015
                                         2:15 p.m.



Before:

                    HON. RICHARD M. BERMAN,

                                         District Judge


                         APPEARANCES

PREET BHARARA,
     United States Attorney for the
     Southern District of New York
ADAM J. FEE,
     Assistant United States Attorney

WHITE & CASE
     Attorneys for defendant Buryakov
BY:  SCOTT HERSHMAN, Esq.
     C. KELLY NEWMAN, Esq.
             Of counsel

Also Present:
     MS. NELLY ALISHAEV,
     Russian Interpreter
```

1                (In open court)

2                (Case called)

3            THE COURT:  How are you?  Please be seated.

4            So as is our normal practice, we have a Russian
5    language interpreter present but on a standby basis.  Is that
6    sufficient?

7            THE DEFENDANT:  Yes.

8            MR. HERSHMAN:  Yes, your Honor.

9            THE COURT:  So today, as far as I am aware, this is a
10   normal status conference.  We set our schedule the last time.
11   I think you were not here, Mr. Fee, when we set our schedule.

12           I don't have any issues on my agenda for today.  If
13   you do, I am happy to hear them.

14           MR. FEE:  I think only an update on the issues that
15   remained outstanding at the last conference.  I can be very
16   brief, and I think the parties are in agreement on this update.

17           We met outside of the court's presence, of course, to
18   further discuss the request for additional information that
19   Mr. Buryakov's counsel has.  I think we made some progress.

20           Yesterday there was an additional itemized set of
21   requests from Mr. Hershman, as counsel, and to be candid and
22   optimistic, I don't think there will be any problem getting the
23   information he needs.  We responded just before the conference
24   to a piece of it.  It is more factual information, where did
25   you find this item?  What is the piece of data link to this?  I

1    believe the parties have made some progress with that.
2          The other significant outstanding issue I know was on
3    the court's mind, getting Mr. Buryakov himself access to all
4    the discovery.  The one outstanding item that he did not have
5    access to was the video surveillance footage, which there is a
6    lot of it.  What the government did was on August the 18th, we
7    forwarded the laptop to the MCC, and on that laptop was loaded
8    all of the video surveillance.  We actually pulled it back
9    briefly to add all of the discovery, most of which has already
10   been available to Mr. Buryakov.
11         That laptop is now with the MCC.  Our understanding is
12   it should be able to be viewed by Mr. Buryakov at the facility.
13   I will say -- and I know Mr. Hershman will speak to this --
14   they reported to us yesterday, counsel, that Mr. Buryakov has
15   not yet had access to it.  We reached out to MCC counsel after
16   our phone call yesterday.
17         We were told by counsel they are making inquiries with
18   their Audiovisual Department which handles access.  As soon as
19   we get more information, we'll share that with Mr. Hershman.
20   As always, we told Mr. Hershman if he wants to reach out to MCC
21   counsel directly, he is free to do so and we are happy to help
22   facilitate that.
23         In terms of the stuff, the data, it is now on a laptop
24   at the MCC.
25         THE COURT:  That would be Adam Johnson?

1           MR. FEE:  Adam Johnson, correct.

2           THE COURT:  Roughly do you have any idea how many

3   hours of surveillance tape was on there?

4           MR. FEE:  I believe it is over a thousand.  It might

5   be several thousand.  There was some discussion about this in

6   the briefing.  This was a running surveillance, surveillance

7   cameras.

8           We specified the non-exhaustive list, but the most

9   significant encounters we found on the surveillance footage, it

10  is a list of 30 or so.  We provided that to counsel.  We also

11  put that on the laptop.  That should be in the MCC.  That is in

12  the MCC possession and should be available to Mr. Buryakov to

13  help him.

14          THE COURT:  Okay.

15          MR. HERSHMAN:  Briefly, your Honor, I agree with

16  Mr. Fee regarding the discussions and the report on those

17  discussions.  We have made some progress I believe resolving

18  issues that were raised by our bill of particulars motion.  So

19  that is a positive report.

20          There are a couple of issues that are outstanding

21  which we were going to take up, and I believe we'll be able to

22  resolve those as well.  I don't have any expectation we will

23  not be able to resolve them.

24          It is correct also that still to date Mr. Buryakov has

25  not had access to the video surveillance, notwithstanding some

1    effort on the part of DOJ to provide that access.  It is quite
2    frustrating since there were starts and stops along the way.
3            The computer was delivered to BOP.  It was delivered
4    to BOP and returned to DOJ and returned again to BOP, and even
5    though it was returned apparently last week, still to date
6    Mr. Buryakov hasn't had it.
7            We did make contact with the legal department,
8    Ms. Newman did actually about a week or 10 days ago after we
9    learned the government turned the machine over, but they were
10   not able to satisfy our inquiry in terms of when he is actually
11   going to get access to the machine.
12           THE COURT:  Did you or someone from your office speak
13   to Adam Johnson?
14           MR. HERSHMAN:  I don't think it was Adam Johnson, but
15   a woman in the office.
16           THE COURT:  Another counsel?
17           MR. HERSHMAN:  Yes, it was another counsel.
18           THE COURT:  Who specifically deals with this matter
19   or --
20           MR. HERSHMAN:  It appeared to be someone who had
21   knowledge of the issue.  Whether they deal regularly or not I
22   don't know.  We will follow up again because still today he
23   hasn't been provided with that access.  As Mr. Fee said, there
24   is quite a lot there for review.
25           The arrangement also that we hope will be in place

1  will provide us with an opportunity to review that evidence
2  together with Mr. Buryakov at the MCC.  So that hasn't been
3  tested yet in the sense we still don't have the machine.  Once
4  the machine is there and accessible, we'll then have to test
5  whether it is actually workable for us to sit with Mr. Buryakov
6  and review that evidence.
7            THE COURT:  Okay.
8            MR. HERSHMAN:  So there is a lot to do there.  Other
9  than that, I don't have anything to report.
10           THE COURT:  All right.  So do we need another
11 conference?  We have a trial date of December 7.  Do you want
12 an interim?  In what time-frame?
13           MR. HERSHMAN:  I think we should have --
14           THE COURT:  Why don't you go off the record for a
15 minute and talk among yourselves.
16           (Off-the-record discussion)
17           MR. FEE:  Your Honor set the final pretrial
18 conference, as you know, on December 1st.  Mr. Hershman has
19 suggested -- and the government, of course, thinks it is a fine
20 idea -- to have a conference in late September to address any
21 additional applications he may have.  He proposed, and the
22 government is available, September 30th, I believe, that is a
23 Wednesday.
24           THE COURT:  That works for me.
25           MR. FEE:  Great.  I'll stop talking.

F92JBURC                      Conference

1             THE COURT:  September 30, at -- how is 11:00 am?
2             MR. HERSHMAN:  Okay.
3             MR. FEE:  Fine.
4             THE COURT:  We'll put it down, Mr. Hershman, as a
5   status conference.
6             MR. HERSHMAN:  Yes.  It may be, your Honor, that if
7   there is no need for it, we can notify you in advance?
8             THE COURT:  No problem.  I am happy to see you.  We
9   already have excluded time through the trial date, so we
10  needn't do that today.  Good to see you all.
11            (Court adjourned)
12
13
14
15
16
17
18
19
20
21
22
23
24
25