**WHITE & CASE**

May 24, 2016

VIA ECF

The Hon. Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courtroom
500 Pearl St., Courtroom 17B
New York, NY 10007

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
T +1 212 819 8200

whitecase.com

   Re: **United States v. Evgeny Buryakov**
     **15 Cr. 73 (RMB)**

Dear Judge Berman:

  Enclosed please find a letter from Andrey Saratov regarding the sentencing of Evgeny Buryakov.

Respectfully Submitted,

Scott Hershman

T +212-819-8200
E scott.hershman@whitecase.com


cc: Emil Bove (by email)
   Stephen Ritchin (by email)
   Brendan Quigley (by email)


Enclosure

AMERICAS 91276144 v1