From:
Andrey Saratov
Vnesheconombank
9 Prospekt Akademika Sakharova
GSP-6, 107996 Moscow, Russia

To:
Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

May 6, 2016

Dear Judge Berman:

I am Andrey Saratov, Evgeny Buryakov's colleague and boss. I am currently the Deputy Head of Division of Foreign Representative Offices within the Foreign Finances Department of VEB. I joined VEB over 10 years ago and have known Evgeny Buryakov for some 7 years. I believe I am well positioned to tell you about Evgeny's personality, his personal and professional qualities.

I first met Evgeny in 2009 when I went for a two-week business trip to South Africa. Evgeny met me there and showed me around. I saw there how organized and committed he was, and I recognized that he was a man of integrity and had many admirable qualities.

Some three or four months later, I moved to South Africa with my family to replace Evgeny, and he returned to Moscow. We did, however, continue to communicate – by email and telephone. In Moscow, Evgeny worked in the then Division managing the work of Representative Offices. Then, while I was still posted in South Africa, he moved to the US.

When I came back to Russia from South Africa in 2012, I was appointed Head of (the now former) Division managing the work of Representative Offices. It was then that I started dealing with Evgeny on a regular basis. My duties included supervising all the eleven representative offices of VEB spread across ten countries. Accordingly, I have been Alexander Slepnev's immediate boss and a superior to Evgeny.

Evgeny earned himself an outstanding reputation at VEB. He enjoyed his time in South Africa, where he worked very hard, and became highly respected within VEB for his skills, knowledge and commitment.

One of the areas in which he was always brilliant is financial reporting (every representative office is required to send to VEB financial reports on a regular basis). His reports were always perfect and stood out. Even when I moved to South Africa, I learned a great deal from Evgeny in terms of financial reporting.

Evgeny is a sensible and a very capable person. In fact, since the events that took place in early 2015, our colleagues at the representative office in New York have been struggling without him, simply because there is no one else as organized and as diligent as he is.

I have known Evgeny as a true professional, very motivated and focused on work but on the other hand – caring and responsive.

Evgeny is good-natured and is very supportive of his friends and colleagues. He would always offer his help. By way of an example, once I needed a medicine which was not available in Russia but could be brought from New York. Evgeny immediately volunteered to help and got the medicine to me very quickly, although he was tied up with many assignments at work.

He always worked long hours and was not only effective but also a very responsible person who truly cared for his office and VEB more generally. This is the trait I admire most about him – he was always the one to do the right thing.

Evgeny is also a loyal person devoted to his family. It was always clear that the children, Pavel and Polina, were his top priority, notwithstanding his commitment to work, his professional achievements and impressive career he built at VEB. I do hope that Evgeny will be allowed to return to his home and family soon.

I would be happy to discuss the above in person or otherwise. If I can be of further assistance, please do not hesitate to contact me through VEB office in New York or by email at a.saratov@veb.ru.

Sincerely

*[signature]*

Andrey Saratov